**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-04174-RTG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

FRANCISCO JUAREZ FARFAN,

Applicant,

v.

JUAN BALTAZAR, Warden of Aurora ICE P.C.,
U.S. ATTORNEY GENERAL A.G.,
TODD LYONS, Director of ICE, AND
DEPARTMENT OF HOMELAND SECURITY DHS,

Respondents.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

Applicant, a detainee at an immigration detention facility in Aurora, Colorado, has filed *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1).[1] As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the document is deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue any claims in this action. Any papers that Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) xx is not submitted
(2) ___ is missing affidavit

[1] "(ECF No. 1)" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic filing system (CM/ECF). The court uses this convention throughout this order.

(3) ____ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ____ is missing certificate showing current balance in prison account
(5) ____ is missing required financial information
(6) ____ is missing authorization to calculate and disburse filing fee payments
(7) ____ is missing an original signature by the prisoner
(8) ____ is not on proper form
(9) ____ names in caption do not match names in caption of complaint, petition or habeas application
(10) xx other: motion is necessary only if $5.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:
(11) ____ is not submitted
(12) ____ is not on proper form
(13) ____ is missing an original signature by the prisoner
(14) ____ is missing page nos. ____
(15) ____ uses et al. instead of listing all parties in caption
(16) ____ names in caption do not match names in text
(17) ____ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) xx other: must allege specific facts in support of claims being asserted.

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Applicant shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Applicant fails to cure all of the designated deficiencies **within thirty (30) days from the date of this order**, the action will be

dismissed without further notice. The dismissal shall be without prejudice.

DATED September 4, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge